UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 05 B 50901
   MICHAEL W GOLDFARB
   PATRICIA L GOLDFARB                            CHAPTER 13

                                                 JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-9099     SSN XXX-XX-6997


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 10/12/05 and confirmed on 02/16/06.

   2.   The case was dismissed after confirmation, 08/15/2008.

   3.   The Debtor paid a total of $   4590.00 .

   4.   The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | UNSECURED | 9623.43 | .00 | 1065.41 |
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| ALL SEASONS HOME IMPROVE | UNSECURED | NOT FILED | .00 | .00 |
| AMOCO OIL CO | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 9092.63 | .00 | 996.08 |
| CAPITAL ONE BANK | UNSECURED | 608.28 | .00 | 66.64 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| ENTERPRISE PRINTING | UNSECURED | NOT FILED | .00 | .00 |
| JBC LEGAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | NOT FILED | .00 | .00 |
| HEARTLAND CARDIOVASCULAR | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2248.15 | .00 | 246.27 |
| LOYOLA MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| NEXTEL COMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| NUVELL CREDIT COMPANY LL | UNSECURED | 18177.35 | .00 | 1991.32 |
| OPTIMA MEDICAL ASSOCIATE | UNSECURED | NOT FILED | .00 | .00 |
| PRAIRIE EMERGENCY SERVIC | UNSECURED | 473.00 | .00 | 51.82 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| RH DONNELLEY | UNSECURED | NOT FILED | .00 | .00 |
| THE CREDIT CARD CTR | UNSECURED | NOT FILED | .00 | .00 |

------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TROY FIRE PROTECTION DIS | UNSECURED | NOT FILED | .00 | .00 |
| ASSOC PATHOLOGISTS OF JO | UNSECURED | NOT FILED | .00 | .00 |
| F G TOMASIK MD & ASSOCIA | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET ONCOLOGY HEMATOLO | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |

                  Summary of disbursements:
------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 40222.84 | .00 | 40222.84 |
| PRINCIPAL PAID | .00 | .00 | 4417.54 | .00 | 4417.54 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 4417.54 | .00 | 4417.54 |

The Debtor's attorney, ALONZO H ZAHOUR              , was allowed $        .00
and was paid $        .00 .

The Trustee received $      172.46 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 11/12/08                    /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE